UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Lauren Mountain, an individual,<br><br>    Plaintiff.<br><br>v.<br><br>MEHRON, INC., a New York corporation; MARTIN MELIK, an individual; MICHAEL COSTELLO, an individual formerly doing business as MT COSTELLO; STEPHANIE COSTELLO, an individual formerly doing business as MT COSTELLO, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-00080-JAK-MRW<br><br>**ORDER RE STIPULATION TO DISMISS STEPHANIE COSTELLO, ALSO KNOWN AS, STEPHANIE MORRIS, AN INDIVIDUAL, WITH PREJUDICE**<br><br>**JS-6** |

    Plaintiff and defendant Stephanie Costello, also known as Stephanie Morris, an individual having submitted their Stipulation for Order Dismissing Stephanie Costello also known as Stephanie Morris, an individual, With Prejudice ("Stipulation") from the above action requesting that the Court dismiss Stephanie Costello also known as Stephanie Morris, an individual with prejudice and with the

parties to bear their own costs, the Court having considered the Stipulation and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is **APPROVED**;

2. Stephanie Costello, also known as Stephanie Morris, an individual is dismissed from the above captioned action with prejudice; and

2. Plaintiffs and defendant Stephanie Costello, also known as Stephanie Morris, an individual shall each bear their own costs.

IT IS SO ORDERED.

Dated: April 17, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE